No. 89–1782. HOFFMAN, COMMISSIONER, DEPARTMENT OF COMMUNITY AND REGIONAL AFFAIRS OF ALASKA *v.* NATIVE VILLAGE OF NOATAK ET AL. C. A. 9th Cir. Certiorari granted.

No. 89–1918. MCCORMICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted.

No. 89–1940. ERICKSON ET AL. *v.* MAINE CENTRAL RAILROAD CO. ET AL. C. A. 1st Cir. Certiorari granted.

No. 90–26. BARNES, PROSECUTING ATTORNEY OF ST. JOSEPH COUNTY, INDIANA, ET AL. *v.* GLEN THEATRE, INC., ET AL. C. A. 7th Cir. Certiorari granted.

No. 90–79. KAY *v.* EHRLER ET AL. C. A. 6th Cir. Certiorari granted.

No. 90–256. CHAMBERS *v.* NASCO, INC. C. A. 5th Cir. Certiorari granted.

No. 89–1632. CALIFORNIA *v.* HODARI D. Ct. App. Cal., 1st App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–1690. CALIFORNIA *v.* ACEVEDO. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–1862. MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS *v.* BLAIR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–1944. OHIO *v.* HUERTAS. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.